THE HONORABLE BARBARA J. ROTHSTEIN

FILED — ENTERED — FILED
LODGED — RECEIVED — LODGED

OCT 17 2002  DM      NOV 13 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON    DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware corporation, and QWEST COMMUNICATIONS CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ONEQWEST, LLC, a Florida limited liability company,<br><br>Defendant. | NO. C 02-829R<br><br>[PROPOSED] ORDER GRANTING QWEST'S MOTION FOR CONTEMPT OF COURT ORDERS AND FOR SANCTIONS |

This matter came on for hearing on Plaintiffs', Qwest Communications International

Inc. and Qwest Communications Corporation (collectively "Qwest") Motion for Contempt of

Court Orders and for Sanctions ("Motion"). Having considered all the papers submitted on

the Motion, the arguments of counsels and authorities cited, and good cause appearing

therefor, the Court whereby GRANTS Qwest's Motion and enters the following

SANCTIONS ORDER.

ORIGINAL

IT IS HEREBY ORDERED that the clerk shall enter a default judgment in favor of Qwest.

IT IS FURTHER ORDERED that OneQwest shall be deemed to have received $1,300 from 90,000 members.

IT IS FURTHER ORDERED that Qwest be awarded its costs of suit and attorney's fees.

Dated this *13*th day of *November*, 2002.

_____
United States District Judge

Presented by:
**PERKINS COIE** LLP

By _____ 10/17/02
    William C. Rava, WSBA #29948

and

**PERKINS COIE** LLP
Breton A. Bocchieri, Admitted Pro Hac Vice
1620 – 26th Street, Sixth Floor
Santa Monica, CA 90404
Phone: (310) 788-9900
Facsimile: (310) 788-3399

**Attorneys for Plaintiffs/Moving Party**