THE HONORABLE BARBARA J ROTHSTEIN

CC TO JUDGE DJ FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 17 2003  DJ

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QWEST COMMUNICATIONS INTERNATIONAL INC, a Delaware corporation, and QWEST COMMUNICATIONS CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v<br><br>ONEQWEST, LLC, a Florida limited liability company, KEVIN JOHNSON, WILLIAM O'KEEFE, PHIL PICCOLO, individuals, NETQWEST, LLC, a Florida limited liability company, and ONE NET PLACE, INC, a Florida corporation,<br><br>Defendants | NO C02-829R<br><br>NOTICE OF SATISFACTION OF JUDGMENT<br><br>CV 02-00829 #00000050 |

On November 11, 2002, the Court entered judgment for plaintiffs Qwest Communications International and Qwest Communications Corporation ("Qwest") and against defendants OneQwest, LLC, Kevin Johnson, William O'Keefe, Phil Piccolo, NetQwest, LLC and One Net Place, Inc (collectively, the "Defendants") in the amount of $117,000,000 00 Qwest hereby acknowledges full satisfaction of this monetary judgment

NOTICE OF SATISFACTION OF JUDGMENT
(NO C02-829R) - 1
[13141-0485/SL031070 154]

ORIGINAL

Perkins
Coie LLP

1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
PHONE 206-583 8888
FAX 206 583 8500

DATED   April 17, 2003

PERKINS COIE LLP

By *[signature]*
William C Rava, WSBA #29948
Attorneys for Plaintiffs Qwest Communications
International Inc and Qwest Communications
Corporation

NOTICE OF SATISFACTION OF JUDGMENT
(NO  C02-829R) - 2
[13141-0485/SL031070 154]

Perkins
Coie
LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101 3099
PHONE 206 583 8888
FAX 206 583 8500

THE HONORABLE BARBARA J ROTHSTEIN

CC TO JUDGE __DJ__

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 17 2003  DJ

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QWEST COMMUNICATIONS INTERNATIONAL INC, a Delaware corporation, and QWEST COMMUNICATIONS CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v<br><br>ONEQWEST, LLC, a Florida limited liability company now known as United Net Services, LLC,<br><br>Defendant | NO C02-829R<br><br>CERTIFICATE OF SERVICE |

I, Susan L Bright, hereby certify as follows

1    I am a legal secretary at Perkins Coie LLP, attorneys of record for plaintiffs

2    On the 17th day of April, 2003, I caused to be served a copy of the **Notice of Satisfaction of Judgment;** and this **Certificate of Service** on the following attorneys of record in the manner indicated below

CERTIFICATE OF SERVICE (NO C02-829R) - 1
[13141-0485/SL022870 093]

ORIGINAL

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

*VIA FACSIMILE AND*
*FIRST CLASS MAIL*

Richard A. Morgan
Katz, Barron, Squitero & Faust, P.A.
100 N.E. 3rd Avenue, Suite 280
Ft. Lauderdale, Florida 33301

3 I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington this 17th day of April, 2003.

*[signature]*
Susan L. Bright

CERTIFICATE OF SERVICE (NO. C02-829R) - 2
[13141-0485/SL022870 093]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888